CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Christopher.Burton4@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-cr-00023-GMN-BNW |
| Plaintiff, | **Government's Motion to Dismiss the Indictment** |
| vs. | |
| JAMES MACDONALD ELLIS, | |
| Defendant. | |

**Certification: This motion is timely filed.**

The government moves for leave of Court to dismiss the indictment against James MacDonald Ellis. The indictment charges Ellis with Count One: *Possession of Child Pornography* in violation of 18 U.S.C. § 2252(a)(4)(B). The government believes that in the interest of justice the indictment should be dismissed. Accordingly, pursuant to the Federal Rule of Criminal Procedure 48(a), the government

///

///

moves for leave of Court to dismiss without prejudice the indictment against Ellis.

**DATED** this 11th day of June, 2021.

                                                Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Christopher Burton*
CHRISTOPHER BURTON
Assistant United States Attorney
District of Nevada

                                                Order

IT IS ORDERED that the government's motion to dismiss (ECF No. 64) is GRANTED. The indictment against defendant Ellis is DISMISSED.

**IT IS SO ORDERED**

**DATED:** 3:18 pm, June 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**